DECEMBER 14, 1964.

No. 48.  UNITED MINE WORKERS OF AMERICA *v.* PEN-NINGTON ET AL.  (Certiorari, 377 U. S. 929, to the United States Court of Appeals for the Sixth Circuit.)  The motion of the petitioner to remove this case from the summary calendar is granted.  *Harrison Combs* for movant.

No. 240.  LOCAL UNION No. 189, AMALGAMATED MEAT CUTTERS & BUTCHER WORKMEN OF NORTH AMERICA, AFL–CIO, ET AL. *v.* JEWEL TEA CO., INC.  (Certiorari, *ante,* p. 813, to the United States Court of Appeals for the Seventh Circuit.)  The motion of the petitioners to remove this case from the summary calendar is denied. The motion of the Solicitor General, on behalf of the United States, for leave to participate in the oral argument, as *amicus curiae,* is granted and thirty minutes are allotted for that purpose.  Counsel for the petitioners and counsel for the respondent are allotted an additional fifteen minutes each for oral argument.  *Bernard Dunau* for petitioners.

No. 570, Misc.  IN RE PEEBLES; and
No. 571, Misc.  EDWARDS *v.* CLEMMER, CORRECTIONS DIRECTOR.  Motions for leave to file petitions for writs of habeas corpus denied.  Treating the papers submitted as petitions for writs of certiorari, certiorari is denied.

No. 247, Misc.  BERRY *v.* WEAKLEY, REFORMATORY SUPERINTENDENT.  Motion for leave to file petition for writ of habeas corpus denied.  Petitioner *pro se.  Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for respondent.